IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMYE SHELTON-PELOSI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MOORE JONES BUILDING SERVICE SOLUTIONS, LLC, et al | : | NO. 19-402 |

### O R D E R

**AND NOW,** this 10th day of March, 2020 it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                            Kate Barkman
                                            Clerk of Court

                                            /s/ Kristin R. Makely
                            By: _____
                                            Kristin R. Makely,
                                            *Deputy Clerk*